Filed under seal in its entirety.



EXHIBIT A